PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
JOSE ESQUIVEL MENDEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JOSE ESQUIVEL MENDEZ,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:07-cr-00058 LJO<br><br>STIPULATION AND ORDER VACATING DATE, AND CONTINUING CASE<br><br>Date:    August 7, 2009<br>Time:   8:30a.m.<br>Judge:  Hon. Lawrence J. O'Neill |

        The defendant, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the Sentencing hearing currently scheduled for Friday, August 7, 2009, at 8:30 a.m., should be vacated and this matter should be continued until Friday, August 28, 2009, at 8:30 a.m.

        The defense requires use of trial transcripts of Miguel Nunez-Barragan's testimony for the sentencing phase.

        The transcripts were received on August 4, 2009.  Sentencing is set for August 7, 2009. Defense requires additional time to review and discuss testimony with defendant who is in custody.  The U.S. Attorney on the case, Karen Escobar, is prepared to stipulate that the matter be continued for adequate defense investigation and preparation.

Accordingly, the defendant and the United States agree and stipulate that the Sentencing date currently scheduled should be vacated and a date set for 8:30 a.m. on Friday, August 28, 2009.

**IT IS SO STIPULATED**

Dated: August 4, 2009                    /s/ Preciliano Martinez
                                          PRECILIANO MARTINEZ
                                          Attorney for Defendant
                                          JOSE ESQUIVEL MENDEZ


Dated: August 4, 2009                    /s/Karen Escobar_____
                                          Karen Escobar
                                          Assistant United States Attorney
                                          Attorney for Plaintiff



**ORDER**


**IT IS SO ORDERED.**



Dated: _August 4, 2009                   ___/s/ Lawrence J. O'Neill_____
                                          LAWRENCE J. O'NEILL
                                          United States District Judge