IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:07-cr-00058-LJO |
| Respondent, | **ORDER FOR OPPOSITION** |
| vs. | (Doc. 241) |
| JOSE ESQUIVEL MENDEZ, | |
| Defendants. | |

Petitioner Jose Esquivel Mendez ("petitioner") is a federal prisoner who filed a pro se motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 ("section 2255"). Having reviewed petitioner's motion, this Court finds that an opposition by the Government will assist in the determination of the issues raised by petitioner. **Accordingly, this Court ORDERS the Government no later than, June 19, 2012, to file and serve an opposition to this motion.** This Court shall take the section 2255 motion under submission after the opposition is filed. No further submissions shall be accepted, unless further ordered by this Court. In addition, no hearing is set in this matter.

IT IS SO ORDERED.

**Dated:   May 15, 2012**                              /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE