BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. Cr 1:07-cr-0058 LJO |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| JOSE ESQUIVEL-MENDEZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.    On May 10, 2012, Defendant filed a Section 2255 motion to vacate, set aside, or correct his conviction.

2.    On May 18, 2012, Kathleen Page was appointed to represent Defendant.

3.    On June 17, 2012, Defendant moved to continue the filing of his Section 2255 motion and the motion was granted.

4.     On August 10, 2012, Defendant moved for a second continuance to file his motion and the motion was granted. At that time, the Court ordered the government to file its response five weeks after the service of Defendant's motion but no later than October

1

22.

5.      The government requests 45 additional days to file its response on or before

December 6.

6.      The continuance is required to accommodate the work load of counsel for the United

States, which includes travel to the Ninth Circuit for oral argument on October 15 in

the matter of *United States v. Eustorgio Flores,* CA No. 10-10398.

7.      Counsel for Defendant does not oppose the continuance.


IT IS SO STIPULATED.


DATED:        October 12, 2012.        Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney


                                       /s/ Karen A. Escobar_____
                                       KAREN A. ESCOBAR
                                       Assistant United States Attorney


DATED:        October 12, 2012.

                                       /s/ Kathleen Page _____
                                       KATHLEEN PAGE
                                       Counsel for Defendant


                                **O R D E R**




IT IS SO ORDERED.

   Dated:    **October 15, 2012**                    **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE




2