**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ESQUIVEL MENDEZ, | CASE NO. 1:07-cr-00058-LJO |
| Movant, | **ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |
| vs. | (Doc. 257) |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Jose Esquivel Mendez's request for a certificate of appealability is DENIED.  *See* Doc. 254.

IT IS SO ORDERED.

**Dated:   January 2, 2013**          /s/  Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE