# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JOSE ESQUIVEL MENDEZ,<br><br>                    Defendant. | Case No. 1:07-CR-00058-LJO-3<br><br>ORDER REFERRING CASE TO FEDERAL DEFENDER'S OFFICE<br><br>(Doc. 262) |

Defendant has filed a *pro se* motion to reduce sentence pursuant to Title 18, United States Code, Section 3582(c)(2) ("Section 3582 Motion"). *See* Doc. 262. Pursuant to Eastern District of California General Order 546, the Federal Defender's Office ("FDO") is hereby appointed to represent Defendant in this matter. The FDO **SHALL** have 90 days from the filing date of this Order, **on or before January 19, 2016**, to file a supplement to Defendant's *pro se* Section 3582 Motion **or** to notify the Court that it does not intend to file a supplement to the motion. Thereafter, the government **SHALL** have **30 days** from the date of the FDO's filing to file a response to Defendant's Section 3582 Motion.

**IT IS SO ORDERED**
**Dated: October 21, 2015**

                                        **/s/ Lawrence J. O'Neill**
                                        **United States District Judge**