HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSE ESQUIVEL MENDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE ESQUIVEL MENDEZ,<br><br>    Defendant | No. 1:07-cr-058 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable LAWRENCE J. O'NEILL |

Defendant, JOSE ESQUIVEL MENDEZ, by and through his attorney, Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On August 28, 2009, this Court sentenced Mr. Mendez to a total term of 292 months imprisonment, comprised of 292 months on Count One (a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846) and Count Two (a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 18 U.S.C. § 2), and six months on Count 3 (a violation of 8 U.S.C. § 1325(a)(2)), all to be served concurrently;

3. As to Counts One and Two, his total offense level was 40, his criminal history category was I, and the resulting guideline range was 292 to 365 months;

4. The sentencing range applicable to Mr. Mendez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Mendez' total offense level has been reduced from 40 to 38, and his amended guideline range is 235 to 293 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Mendez' term of imprisonment to a total term of 235 months, comprised of 235 months on Counts One and Two and six months on Count 3, to be served concurrently.

Respectfully submitted,

Dated:  November 23, 2015                         Dated:   November 23, 2015

BENJAMIN B. WAGNER                                HEATHER E. WILLIAMS
United States Attorney                            Federal Defender


 /s/  *Kathleen A. Servatius*                      /s/ *Hannah R. Labaree*
KATHLEEN A. SERVATIUS                             HANNAH R. LABAREE
Assistant U.S. Attorney                           Assistant Federal Defender

Attorney for Plaintiff                            Attorney for Defendant
UNITED STATES OF AMERICA                          JOSE ESQUIVEL MENDEZ

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Mendez is entitled to the benefit Amendment 782, which reduces the total offense level on Counts One and Two from 40 to 38, resulting in an amended guideline range of 235 to 293 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in August 2009 is reduced to a total term of 235 months, comprised of 235 months on Counts One and Two and six months on Count 3, to be served concurrently.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Mendez shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   **November 24, 2015**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE